196

(No. 74-CC-190—Claimant )

R. D. LAWRENCE CONSTRUCTION COMPANY, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed January 18, 1974.*

R. D. LAWRENCE CONSTRUCTION COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-214—Claimant )

CRC PRESS, INC., Claimant, *vs.* STATE OF ILLINOIS, ENVIRONMENTAL PROTECTION AGENCY, Respondent.

*Opinion filed January 18, 1974.*

CRC PRESS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.